**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

**MAY 1 2 2021**

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| RICARDO MEZA | § | |
| AKA RICARDO MARTINEZ MEZA | | |

**C-21-0415**

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 2, 2020, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

RICARDO MEZA
AKA RICARDO MARTINEZ MEZA,

at a place within the special maritime and territorial jurisdiction of the United States, namely the Federal Correctional Institution at Three Rivers, Texas, on land acquired for the use of the United States and under its exclusive jurisdiction, with intent to do bodily harm, did knowingly assault N.W. with a dangerous weapon, to wit: a lock attached to the end of a rope, and/or sock, and/or other material unknown to the Grand Jury, which was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
BARBARA J. DE PENA
Assistant United States Attorney